# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0293
_____

DARIUS RASHARD LIVINGSTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

February 16, 2024

PER CURIAM.

DENIED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darius Rashard Livingston, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.